A89A1725. CITY OF ATLANTA v. J. A. JONES
CONSTRUCTION COMPANY et al.
(402 SE2d 554)

BIRDSONG, Presiding Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court, *City of Atlanta v. J. A. Jones Constr. Co.*, 260 Ga. 658 (398 SE2d 369) (1990), our decision in *City of Atlanta v. J. A. Jones Constr. Co.*, 195 Ga. App. 72 (392 SE2d 564), is hereby vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed with direction. Cooper and Andrews, JJ., concur.*

DECIDED JANUARY 17, 1991.

*Marva Jones Brooks, Joe M. Harris, Jr., Michael L. Smith, Bruce P. Johnson,* for appellant.
*Sumner & Hewes, William E. Sumner, Stephen J. Anderson, David A. Webster, Garrett & McManus, Bowman S. Garrett, Jr., Sheryl N. Currie,* for appellees.